**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| HAYDN GABRIEL LOHSE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:21-CV-00143-RWS-JBB |
| | § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Docket No. 55. In the joint stipulation, the parties stipulate that all claims in the above-captioned case are dismissed with prejudice under FED. R. CIV. P. 41(a)(1)(A)(ii) and that each party shall bear his or its own costs, attorneys' fees, and expenses of litigation. *Id.* Having considered the stipulation, and because it is jointly entered, the Joint Stipulation of Dismissal with Prejudice (Docket No. 55) is **ACCEPTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear his or its own costs, attorneys' fees, and expenses of litigation. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 13th day of November, 2023.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE